[No. 63599-9-I. Division One. July 6, 2010.]

ANTONIO ABEL ET AL., *Appellants*, v. THE CITY OF ALGONA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-16320-4, Cheryl B. Carey, J., entered May 13, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Cox and Schindler, JJ.

[No. 63791-6-I. Division One. July 6, 2010.]

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant*, v. LENORA CARLSTROM, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04147-7, Gregory P. Canova, J., entered July 1, 2009. *Dismissed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Appelwick, J.

[No. 64124-7-I. Division One. July 6, 2010.]

*In the Matter of the Parentage of* M.J.M.

RUSS FULTON, *Appellant*, v. MEGHAN COTTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-5-00153-6, Larry E. McKeeman, J., entered August 20, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Ellington and Lau, JJ.

[No. 64902-7-I. Division One. July 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. GLEN A. LIVERMORE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00543-1, Stephen E. Brown, J. Pro Tem., entered November 10, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Meyer, J. Pro Tem.